Walter A Johnson
Name

7640 Pleasure View Circle

Anchorage AK 99507
Address

907 522-6083/227-9825
Telephone number

RECEIVED
JUN 1 4 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

Walter A Johnson,
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

Department of the Interior,

Ga   Norton, Secretary,

(Enter full names of defendant(s) named
on EEOC final decision. Do NOT use *et al.*)

Defendant(s).

Case No. 3:06-CV-00147 RRB
(To be supplied by Court)

**EMPLOYMENT
DISCRIMINATION
COMPLAINT**

## 1. JURISDICTION

This action is brought pursuant to Title VII of the Civil Rights Act of 1964 as amended, for employment discrimination. Jurisdiction is specifically conferred on this Court by 42 U.S.C. § 2000e(5). Equitable and other relief are also sought under 42 U.S.C. § 2000e(5)(g). Jurisdiction is also based on 28 U.S.C. §§ 1331, 1343 and 42 U.S.C. §§ 1981 et seq.

2. **PARTIES**

   a. Name of plaintiff: _Walter A Johnson Jr_

   Temporary &
   Present mailing address: _7640 Pleasure View Circle_
   _Anchorage AK 99507_

   Phone: _907-227-9825 - 522-6083_

   b. Name of first defendant: _Gayle A Norton - Secretary Department of the Interior_

   Present mailing address
   or business location: _____

   Phone: _____

   c. Name of second defendant: _Ms Rose Brady Anchorage_ _Mr Troy Kahklen - Juneau_

   Present mailing address _Alaska Bureau of Indian Affairs_
   or business location: _____

   Phone: _____

   d. Name of third defendant: _____

   Present mailing address _____
   or business location: _____

   Phone: _____

   (Copy this blank page for additional defendants, if necessary, and label it 2A.)

3. **NATURE OF CASE**

   a. The address at which I sought employment or was employed by the defendant(s) is: _Bureau of Indian Affairs (Juneau Area Office, Anchorage Office, Southern Plains Office)_

b. The discriminatory acts occurred on or about <u>October / 6 / 2003</u>
(above: August 4 2003, September 15 2003)
(month/day/year)

c. The acts complained of in this suit concern:

i. <u>✓</u> Failure to employ me

ii. _____ Termination of my employment

iii. _____ Failure to promote me

iv. _____ Demotion

v. _____ Denial equal pay/work

vi. _____ Sexual harassment

vii. _____ General harassment

viii. <u>X</u> Other (Be specific; attach additional sheet if necessary):
<u>Army Disability (10% To 30%) Hearing AGE</u>
<u>Bureau of Indian Affairs Hiring Rating System X 3</u>

d. Defendant's conduct is discriminatory with respect to the following:

i. _____ My race or color

ii. _____ My religion

iii. _____ My sex

iv. _____ My national origin

v. Other: <u>AGE, Disability/Handicap, Veteran X 3</u>

e. I ~~filed a complaint~~ (Checked with no Results) with the Alaska State Commission for Human Rights

on or about: <u>5 / 1 / 06</u> (month/day/year)

f.  I filed charges with the Equal Employment Opportunity Commission (EEOC) regarding defendant(s) discriminatory conduct on or about: ___/___/_____ (month/day/year)

g.  The EEOC sent a **"Notice of Right to Sue"*** which I received on or about: ___/___/_____ (month/day/year). ***Please attach notice.**

The notice is attached to this complaint.  _X_ Yes ___ No

If not, why not:_____

_____

_____

h.  I believe that the defendant(s) is/are still committing these acts against me:  _X_ Yes ___ No

## 4. CAUSE OF ACTION

I allege that the defendant has discriminated against me as follows:

a.  Count 1: AGE discrimination (8/4/03, 9/15/03, 10/6/03

Supporting facts (Describe exactly what each defendant did or did not do. State the facts clearly and briefly, in your own words, without citing any legal authority.): The Bureau of Indian Affairs Advertised for the Position of Realty Specialist x 3 on August 4, September 15, and October 6, 2003 and rated me as qualified. Even though I was over 40, Handicapped & A Viet Nam Era Veteran they did not Hire me for either of the 3 Realty Specialist positions for the August 4, 2003 (This is the main one) September 15, 2003 (Hired a 38 y.o man - Nonveteran) The BIA & the EEOC decision and Appeal doesnot mention the August 4, 2003 date (See enclosed documents & support letters)

I am/was 65 at the time of my application and the person hired was 38. I was within the protected class of over 40 and the man the BIA hired was 38 y.o. The hiring date of August 4, 2003 when I inquired about my application on September 1-3, 2003 the Southern Plains Office informed me and Mr. Troy Kahklen that someone was hired. No one was hired until the 9/15/03 closing date.

    b. Count 2: Disability discrimination (8/4/03, 9/15/03, 10/6/03

Supporting facts (Describe exactly what each defendant did or did not do. State the facts clearly and briefly, in your own words, without citing any legal authority.): The Bureau of Indian Affairs hiring agencies continually make light of my disability of 10% to 30% Hearing Handicap. To me it is an important factor because the Handicap occurred during the time I served in the U.S. Army. I am being monthly compensated, thereby making my disability/handicap as legal as one can be. I admit I did not originally apply for my 10pt preference for all I needed was my Honorable discharge DD-214 for 5pts which places me above anyone not a veteran. Like the non-veteran the BIA eventually hired.

    c Count 3. Veteran Rating (8/4/03, 9/15/03, 10/6/03

The BIA has a Hiring Rating System concerning Veterans that the BIA must follow pertaining toward Veterans. The hiring agency's of the BIA did not follow their own priority system.

## 5. INJURY

How have you been injured by the actions of the defendant(s)? Still unemployed due to Time involved in this case, Borrowed $800.00 To use in filing this case, Staying in Anchorage To file & find Attorney. Loss of fishing Income. Financial Stress (See Attached Letters & Documents)

## 6. REQUEST FOR RELIEF

I believe I am entitled to the following relief: Pay + Cola had I been Hired from August, 2003 Til the end of this case. The Court Costs, Punitive damages (if appropriate) All The Travel Costs I would Have Received Had I been Hired, Travel costs Hotel Cost, Misc costs for Training etc. Hired by BIA as Realty Specialist GS11 Uncertain as to filing correct documents. Complex and foreign and untrained for - This.

WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs and attorneys fees.

### DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above complaint, and that the information contained in the complaint is true and correct.

_____          June 9, 2006
           (Signature)                                    (Date)

PS05 (6/04)                    Page 6 of 6