Form Approved
OMB No. 3206-0219

# OPTIONAL APPLICATION FOR FEDERAL EMPLOYMENT - OF 612

RECEIVED
HUMAN RESOURCES MGMT
SOUTHERN PLAINS
RECRUIT

You may apply for most jobs with a resume, this form, or other written format. If your resume or application does not provide all the information requested on this form and in the job vacancy announcement, you may lose consideration for a job.

| 1 Job title in announcement | 2 Grade(s) applying for | 3 Announcement number |
|---|---|---|
| Realty Specialist, GS-1170-11 | 11 | JU-03-45 (Readv) |

| 4 Last name | First and middle names | 5 Social Security Number |
|---|---|---|
| Roehl | Paul Christopher | |

| 6 Mailing address | | | 7 Phone numbers (Include area code) |
|---|---|---|---|
| | | | Daytime (907) 243 5661 |
| City | State | ZIP Code | |
| Anchorage | AK | 99502 - | Evening (907) |

## WORK EXPERIENCE

8 Describe your paid and nonpaid work experience related to the job for which you are applying. Do not attach job descriptions.

1) Job title (if Federal, include series and grade)
   Vice-President, Land & Resources

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 02 2001 | 08 2003 | $75,000 | Year | 40 |

| Employer's name and address | Supervisor's name and phone number |
|---|---|
| Bristol Bay Native Corporation | Tom Hawkins |
| 800 Cordova Street, Anchorage, AK 99501 | (907) 278 3602 |

Describe your duties and accomplishments

I managed a 3-person department and a $600,000 budget. I developed and implemented land management policies and procedures for BBNC, including a Native allotment "land exchange policy" that won unanimous approval from the Board. I worked to secure BBNC's title to over 3 million acres of ANCSA land in the Bristol Bay region. I routinely cooperated with State, Federal, and local agencies in area-wide land management issues. I marketed and sold BBNC's subsurface resources, particularly rock and sand/gravel, and encouraged mineral and oil and gas exploration in the Bristol Bay region. During my tenure, the Bristol Bay region saw 3 new mineral companies actively exploring and investigating the Bristol Bay region. I gave many PowerPoint presentations in several Bristol Bay villages to galvanize regional support, by official resolution, for responsible oil and gas exploration. The State of Alaska and BBNC subsequently signed an MOU to jointly offer oil and gas leases in Bristol Bay. Shareholders routinely called me to ask about the status of their Native allotments and the processes required for various transactions. Relying on my Realty Specialist experience gained while working for BBNA Realty (a BIA P.L. 93-638 contractor) for nearly two years in Dillingham, Alaska, I regularly provided them with specific information, but invariably routed them to the appropriate agency.

2) Job title (if Federal, include series and grade)
   Land Manager

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 04 1994 | 02 2001 | $52,000 | Year | 40 |

| Employer's name and address | Supervisor's name and phone number |
|---|---|
| Bristol Bay Native Corporation | Jack Moores |
| 800 Cordova Street | (907) 278 3602 |

Describe your duties and accomplishments

I assisted the Land Department supervisor in many land management duties described above. I served as the Assistant Project Manager for several P.L. 93-638 Cadastral Survey Native allotment survey contracts that were awarded to BBNC from Bureau of Land Management. When Native allottees proposed land exchanges or boundary amendments to BBNC, I often went on field trips to locate relevant monuments, take photographs, and calculate resultant acreages. Every fall, I solicited management proxies on behalf of the Board of Directors, and facilitated several "informational meetings" in various villages each year. Native allottees or their descendants would often ask me for assistance in resolving myriad Native allotment issues, from trespass to transactions to subdivisions to gift deeds or wills. By travelling to nearly every of the 29 villages in the Bristol Bay region, I gained a profound appreciation of, and valuable insights to, the mindsets typified by Native residents from small villages. I developed many Excel spreadsheets to track BBNC's land receipts, survey revenues and expenditures, and proposed Land Department and BBNC building budgets. I served on many committees and Boards, including the BLM-Alaska Resource Advisory Council, the Alaska Federation of Natives Land Committee, the Native Regional Resource Managers group, the International Right-of-Way Association, the Nushagak/Mulchatna Watershed Council, the Southwest Alaska Conservation Coalition, the Bristol Bay Visitors Council, and the Board of Directors for Kakivik Asset Management, a BBNC subsidiary.

9. May we contact your current supervisor?   YES ☒   NO ☐ → If we need to contact your current supervisor before making an offer, we will contact you first.

**EDUCATION**

10. Mark highest level completed.   Some HS ☐   HS/GED ☐   Associate ☐   Bachelor ☐   Master ☒   Doctoral ☐

11. Last high school (HS) or GED school. Give the school's name, city, State, ZIP Code (if known), and year diploma or GED received.
    Dillingham High School, Dillingham, Alaska, 99576. Diploma, 1984.

12. Colleges and universities attended. Do not attach a copy of your transcript unless requested.

| Name | Total Credits Earned | | Major(s) | Degree (if any) | Year Received |
|---|---|---|---|---|---|
| | Semester | Quarter | | | |
| 1) University of Alaska, Anchorage | | | Business | MBA | 1999 |
| City: Anchorage   State: AK   ZIP Code: 99508- | 36 | | | | |
| 2) Sheldon Jackson College | | | Business Administration | B.A. | 1988 |
| City: Sitka   State: AK   ZIP Code: 99835- | 134 | | | | |
| 3) | | | | | |

**OTHER QUALIFICATIONS**

13. Job-related training courses (give title and year). Job-related skills (other languages, computer software/hardware, tools, machinery, typing speed, etc. Job-related certificates and licenses (current only). Job-related honors, awards, and special accomplishments (publications, memberships in professional/honor societies, leadership activities, public speaking, and performance awards.) Give dates, but do not send documents unless requested.

I received my "Senior Member" designation (SR/WA) from the International Right-of-Way Association in May 2001. Acquiring this designation requires taking 200 credits hours-worth of classes (and passing subsequent tests) in many ROW disciplines such as Appraisals, Communications/Negotiations, Property Management, Real Estate Law, Engineering, Relocation Assistance, and Environment. I've given many informal and formal presentations (e.g., New Federal Employees Seminar in Anchorage, AK (October 2002); PDAC Mining Expo in Toronto, ON (March 2002); PAC/COM Industrial Expo in Anchorage, AK (May 2003) and performed Master of Ceremonies duties in various locales (e.g., 3-day "Bristol Bay Economic Summit" in Dillingham, AK (May 2003); BBNC's annual, 2-day "Village Leadership Workshop" in Anchorage, AK (200 attendees, 1992 - 2002); BBNC's annual Christmas party (400 guests, 1993-2002). I served one-year stints as IRWA Chapter 49's Secretary (1995), Vice-President (1996), then President (1997). I served as Treasurer for the ANCSA Native Regional Resource Managers group (2003). I graduated from Choggiung, Ltd.'s and BBNC's "Training Without Walls" management training program in October 1997. I was chairman of Sheldon Jackson College's Student Activities Committee in 1987, and a member of its Student Leadership Committee in 1986.

**GENERAL**

14. Are you a U.S. citizen?   YES ☒   NO ☐   Give the country of your citizenship.   USA
15. Do you claim veterans' preference?   NO ☒   YES ☐ → Mark your claim of 5 or 10 points below.
    5 points ☐ → Attach your DD 214 or other proof.   10 points ☐ → Attach an Application for 10-Point Veterans' Preference (SF 15) and proof required.
16. Were you ever a Federal civilian employee?   NO ☒   YES ☐ → For highest civilian grade give:   Series   Grade   From (MM/YY)   To (MM/YY)
17. Are you eligible for reinstatement based on career or career-conditional Federal status?   NO ☒   YES ☐ → If requested, attach SF 50 proof.

**APPLICANT CERTIFICATION**

18. I certify that, to the best of my knowledge and belief, all of the information on and attached to this application is true, correct, complete and made in good faith. I understand that false or fraudulent information on or attached to this application may be grounds for not hiring me or firing me after I begin work, and may be punishable by fine or imprisonment. I understand that any information I give may be investigated.

SIGNATURE: [signature]   DATE SIGNED: 3/26/03

ATTACHMENT 1
PAGE 2 OF 6

MEMORANDUM (via fax: (405) 247-3920):

TO: Mary K., Human Resources
BIA Southern Plains Regional Office
Anadarko, Oklahoma

FROM: Paul C. Roehl, Anchorage, Alaska  *PCR*

Mary – Since the application I submitted for the subject position didn't have enough space to describe more than two jobs, I could not elaborate on the experience I gained while working as a Realty Specialist for BBNA Realty, a BIA P.L. 93-638 contractor, for nearly two years, from January 1989 to October 1990.

The following includes some of the duties I performed while working as a Realty Specialist:
- Performed field investigations to confirm accurate Cadastral Surveys;
- Investigated alleged trespass activities;
- Assisted with allotment sales, leases, and gift deed transactions;
- Documented and processed sand and gravel sales;
- Recovered subdivision monuments;
- Performed mediation activities for conflict resolution between allottees;
- Gathered witness statements to strengthen allotment applications;
- Documented use and occupancy, contested adverse BLM decisions;
- Collected Land Use Permit fees from commercial and recreational users;
- Drafted wills, attended Administrative Law Judge hearings for Orders Determining Heirs;
- Traveled to many Bristol Bay-area villages to provide up-to-date status reports for Native clients;
- Purchased, set up, and maintained departmental computers for communication with the BLM's AALRS computer system;
- Communicated and collaborated with ANCSA village and regional corporations to acquire necessary Title Affirmations on Surveys of Inholding and Title Recovery documents;
- Cooperated with State and Federal agencies to protect our Native clients' interests; and
- Audited nearly 2,000 Native allotment and federal townsite case files to prepare a comprehensive spreadsheet showing, among other things, allottees names, addresses, and serial nos., locations of parcels, acreages, status, conveyance information (survey no., patent no., recording information, etc.), will status, number and types of transactions pending or consummated, village location, etc.
- Assisted the Realty Officer in preparing monthly management reports.

ATTACHMENT 1
PAGE 3 OF 6

Form 5-4432

---

Category C

PERSONS WHO POSSESS AT LEAST ¼ DEGREE OF INDIAN BLOOD DERIVED FROM TRIBES INDIGENOUS TO THE UNITED STATES:

This to certify that I have reviewed the documentation to support the below listed individual's claim to the possession of at least ¼ degree Indian blood. The attached family history chart outlines the individual's family history.

| Name | Date of Birth | Degree of Blood and Tribal Derivation |

Based on:

_____

BIA REPRESENTATIVE    DATE

---

Category D

PERSONS OF ESKIMO OF OTHER ABORIGINAL PEOPLES OF ALASKAN DESCENT

This is to certify that the person names below has established to my satisfaction that he or she is qualified for Indian Preference because of his possession of Eskimo or other aboriginal peoples' blood of Alaska. The attached family history chart outlines the individual's history.

PAUL CHRISTOPHER ROEHL                          ½ Eskimo; ¼ Aleut;  ¾  Total
Name                          Date of Birth       Alaska Native Group

Alaska Native Roll
Record(s) on which based

*Delores Stephan*
for Charles F. Bunch                                08-18-2003
BIA REPRESENTATIVE                                  Date

Field Representative
Title

WEST CENTRAL-ALASKA FIELD OFFICE
Agency

ATTACHMENT  1
PAGE 4 OF 6

# University of Alaska Anchorage
Enrollment Services
3211 Providence Drive
Anchorage, AK 99508-8038

Student No: 
Record of: Paul G. Koehl
Level: Graduate - UAA
Date Issued: 20-AUG-2003
KORR
Page: 1

Degree Awarded: Master of Business Admin 19-DEC-1999
Major: Business Administration

| SUBJ | NO. | CMPS | COURSE TITLE | CRED | GRD | PTS | R | SUBJ | NO. | CMPS | COURSE TITLE | CRED | GRD | PTS | R |
|------|-----|------|--------------|------|-----|-----|---|------|-----|------|--------------|------|-----|-----|---|

INSTITUTION CREDIT:

Fall Semester 1994
BA A631 A Business Environment  3.00 A 12.00
Ehrs: 3.00 GPA-Hrs: 3.00 Pts: 12.00 GPA: 4.00

Spring Semester 1995
BA A632 A Org and Hum Resour Mgt  3.00 B 9.00
Ehrs: 3.00 GPA-Hrs: 3.00 Pts: 9.00 GPA: 3.00

Fall Semester 1995
BA A635 A Current Mkt Issues/Semin  3.00 B 9.00
Ehrs: 3.00 GPA-Hrs: 3.00 Pts: 9.00 GPA: 3.00

Spring Semester 1996
BA A633 A Financial Formulation  3.00 C 6.00
Ehrs: 3.00 GPA-Hrs: 3.00 Pts: 6.00 GPA: 2.00

Spring Semester 1997
ACCT A650 A Sem/Exec Use of Accounti  3.00 B 9.00
Ehrs: 3.00 GPA-Hrs: 3.00 Pts: 9.00 GPA: 3.00

Fall Semester 1997
BA A623 A Total Quality Management  3.00 B 9.00
BA A652 A Intl Comp Of Bus Prac  3.00 A 12.00
Ehrs: 6.00 GPA-Hrs: 6.00 Pts: 21.00 GPA: 3.50

Spring Semester 1998
BA A655 A Strategic Mgmt Seminar  3.00 A 12.00
BA A690 A Current Topics/Business  3.00 A 12.00
Ehrs: 6.00 GPA-Hrs: 6.00 Pts: 24.00 GPA: 4.00

** CONTINUED ON NEXT COLUMN **

Fall Semester 1998
BA A656 A Financial Mgmt  3.00 A 12.00
Ehrs: 3.00 GPA-Hrs: 3.00 Pts: 12.00 GPA: 4.00

Spring Semester 1999
BA A654 A Creat Successful Organiz  3.00 A 12.00
Ehrs: 3.00 GPA-Hrs: 3.00 Pts: 12.00 GPA: 4.00

Fall Semester 1999
BA A656 A Management Projects  3.00 B 9.00
Ehrs: 3.00 GPA-Hrs: 3.00 Pts: 9.00 GPA: 3.00

************* TRANSCRIPT TOTALS *************
                    Earned Hrs  GPA Hrs  Points  GPA
TOTAL INSTITUTION    36.00      36.00    120.00  3.33
TOTAL TRANSFER        0.00       0.00      0.00  0.00
OVERALL              36.00      36.00    120.00  3.33
************* END OF TRANSCRIPT *************

Issued To: Paul G Koehl

Mary G. Howard, Registrar

ATTACHMENT 1
PAGE 5 OF 6

University of Alaska Anchorage
Enrollment Services
3211 Providence Drive
Anchorage, AR 99508-8060

Date Issued: 20-AUG-2003
AORR
Page: 1

Record of: Paul W. Bowen
Level: Undergraduate, UAA

| SUBJ | NO. | CMPS | COURSE TITLE | CRED | GRD | PTS | R |

INSTITUTION CREDIT:
Spring Semester 2003
CAS A103 FUND COMPUTER PROGRAMMING LANG 3.00 A 12.00

Ehrs: 3.00 GPA-Hrs: 3.00 QPts: 12.00 GPA: 4.00

*********TRANSCRIPT TOTALS*********
           Ehrs      GPA Hrs   Points    GPA
TOTAL INSTITUTION  3.00  3.00  9.00  3.00
TOTAL TRANSFER     0.00  0.00  0.00  0.00
OVERALL            3.00  3.00  9.00  3.00

********************END OF TRANSCRIPT********************

ATTACHMENT 1
PAGE 6 OF 6

Issued To: Paul W. Bowen

This official transcript has been transmitted from the Registrar on green SCRIP-SAFE security paper, with the name of the university printed in white type across the face of the document, which will not photocopy. When photocopied the word UNOFFICIAL COPY should appear. A BLACK ON WHITE OR A COLOR COPY SHOULD NOT BE ACCEPTED.

Mary G. Howard, Registrar