Walter A Johnson Jr.
_____
Name

7640 Pleasure View Circle
_____
Anchorage, AK  99507
_____
Address

(907) 227-9825 or (907) 522-6083
_____
Telephone Number

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

Walter A Johnson Jr.
_____,
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

Gale A Norton, Secretary, Department of the Interior,
_____,
Agency
_____,

_____,
(Enter full name of defendant(s) named on
EEOC final decision. Do NOT use *et al*.)

**Defendant(s).**

Case NO._____

**EMPLOYMENT DISCRIMINATION COMPLAINT**

1. **JURISDICTION**

   **This action is brought pursuant to Title VII of the Civil Rights Act of 1964 as amend for employment discrimination. Jurisdiction is specifically conferred on this court by**
   **42 U.S.C. ? 2000e(5). Jurisdiction is specifically conferred on this court by 42 U. S. ??2000e(5)(g).Jurisdiction is also based on 28?? 1331, 1343 and 42 U. S. C. ?? 198' seq.**

1. United States District Court for the State of Alaska

2. I am a natural Born Citizen of the United States and presently reside at the following address.

   Walter A Johnson Jr.
   7640 Pleasure View Circle
   Anchorage, AK  99507
   (907) 227-9825 or 522-6083

3. Gale A Norton, Department of the Interior, BIA Alaska Agency and Southern Plains Agency

4. My intent to file the following Complaint of nine counts of Hiring Discrimination is as follows:
   - (1) August 4, 2003,         Age Discrimination
   - (2) August 4, 2003          Disability Discrimination
   - (3) August 4, 2003          Hiring Priority Discrimination (Veteran)
   - (4) September 15, 2003  Age Discrimination
   - (5) September 15, 2003  Disability Discrimination
   - (6) September 15, 2003  Hiring Priority Discrimination (Veteran)
   - (7) October 6, 2003        Age Discrimination
   - (8) October 6, 2003        Disability Discrimination
   - (9) October 6, 2003        Hiring Priority Discrimination (Veteran)

(Note: I have been through the Equal Employment Opportunity Commission process and enclosed is the letter stating that if I wished to pursue this complaint further, to do so in the United States District Court.)

5. All avenues must be used to receive Justice and **(8) a jury of my peers is requested.**

6. After many repeated attempts to hire various attorneys and attorney referral services to represent me the federal Equal Employment process of the Department of the Interior and the Equal Employment Opportunity Commission process, now including U. S. District Court and presently I have not been able hire one mostly due to being unable to pay for an attorney. Once again, I find myself again in a position "must do by oneself". Just as I have since I started this before September 3, 2003, so I must continue or requested the U. S. District Court paperwork for filing my discrimination case last month and after all my le for hiring an attorney became fruitless, I find I must now file in order to give the U. S. District Court and my enough time to meet the ninety day deadline (March 19, 2006) set by the Equal Employment Opportunit Commission (EEOC) Appeal Decision.

I am also requesting the United States District Court to appoint an attorney to represent me as I am on Sc Security and I cannot afford an attorney. I have a check every month from the State of Alaska-General Assistance fund. More importantly, I have not been able to find an attorney after several attempts that wc represent me against the might of the Federal Government. So far, I have completed this discrimination c by myself without the assistance of any attorney; not by choice but by the time restraints that are imposec the guidelines of the discrimination process's of federal statutes that I was forced to follow. The result of decisions are proof that I did not do well, since they have all been in favor of discrimination by the Departm of the Interior and EEOC.

After filing blatant discrimination charges against the federal Department of the Interior/Bureau of Indian Affairs DOI/BIA and completing the Equal Employment Opportunity Commission federal process with no avail, I have decided to pursue the following discrimination charges through the United States District Co I am trying to receive a just and unbiased decision that I firmly believe I have not received through both t federal DOI/BIA and the Equal Employment Opportunity Commission (EEOC) system/process. I did not was I able to have my submitted evidence evaluated with unbiased action (Or even notification it was evaluated) that would lead to a just Decision that justice requires. That evidence I submitted will prove n nine charges of blatant discrimination based upon the actions of the Department of the Interior/Bureau o Indian Affairs. I, as a citizen of the United States and of the world, seek a fair decision of the nine charg against the federal government agency, Department of the Interior/Bureau of Indian Affairs, to be decide from a collection of my peers (Jury) as promised by the U. S. Constitution.

Had I been afforded the opportunity to the "DISCOVERY" Phase of the judicial system during this case, would not have had to file in the U. S. District Court. The EEOC eliminated the "DISCOVERY" phase by t "Intent to make their decision without a hearing." and the Bureau of Indian Affairs did not pursue the sub to me. That effectively eliminated my right to a court hearing until now. I have a strong feeling the BIA and EEOC conspired against me to eliminate the "Discovery" (See following "ADDENDUM").

7. I request from the Department of the Interior the following damage costs for the amount of grief and tir have been subject to during the discrimination events and the .

> Injunctive relief for the DOI/BIA to halt and desist all active discrimination practices presently use
> To follow and research all discrimination laws prior to final decision on all applications for hire.
> The amount of earned wages (Include COLA) I would have received had I been hired August 8, 20
> The amount of training I would have received, plus the travel expenses and per Diem.
> Blatant Discrimination compensation for each of the nine counts of Discrimination
> Punitive damages.
> Any attorney costs and court costs

Signed _Walter Q Johnson_    Date _June 13, 2006_

# ADDENDUM

(U. S. District Court)
(Employment Discrimination Complaint)

The most important proof I have submitted has not been mentioned in any of the federal Equal Employm
Decisions and all they had to do is to ignore my August 4, 2003 Application for Realty Specialist position
Both agencies did just that and which both agencies did accomplish their justification of Discrimination, s
therefore I am also seeking to right this wrong by seeking punitive damages for blatant discrimination. Be
that this is not the first time the Bureau of Indian Affairs have used this hiring tactic against and to me, I a
also requesting the court to issue "Injunctive relief" against the Bureau of Indian Affairs. Just to ensure tl
Bureau of Indian Affairs cease and desist this shameful practice of Discrimination against any individuals.
far, their actions have been without fear of retaliation and acts with impunity for no one have taken them
task over discrimination that I am aware of.

Since I have completed these discrimination charges by myself through out both federal agencies,
(Department of the Interior/Bureau of Indian Affairs [DOI/BIA] and the Equal Employment Opportunity
Commission [EEOC]), I feel that the federal government have taken advantage of my inability to find an
attorney. *I have not had my day in court to present my overwhelming evidence that will prove without a
shadow of doubt that the Discrimination charges I am filing has occurred and that both federal agencies h
ignored my submitted evidence, especially ignoring the August 4, 2003 hiring deadline.* **Plus the Agenc.
by eliminating the Discovery phase of the justice process have left me without justice.** My
discrimination accusation can be proven by the submitted notes and letters I have written concerning sa
discrimination, if the evidence submitted are discussed, under oath, by the federal agencies employees.
witness's I would call to prove that the event occurred as I have repeatedly stated and the agencies have
summarily ignored. Which the federal agency, EEOC's Decision and Appeal has not even mentioned in t
decision or appeal. Both the DOI/BIA and the EEOC have duplicating actions, so it must be a conspiracy
some type. Besides, if the EEOC was interested in Justice, they would have requested a response from
DOI/BIA to either of my letters I wrote concerning their first EEOC Decision and the EEOC Appeal. At le:
the EEOC could ask the Department of the Interior to respond, which they did not do.

The Department of the Interior and the EEOC Decision that eliminated the Discovery Phase of my
discrimination case has hurt my case and needs to be addressed and initiated by the U. S. District Cour

I have been discriminated unfairly by the Department of the Interior/Bureau of Indian Affairs while seekir
employment as "Realty Specialist" in three categories. First by Age Discrimination, the person that was h
for the position was thirty-eight {38} years of age in 2003 and I am well within the protected class of over f
{40} years of age. The federal agencies readily admits that my age was not a factor in the hiring of the o
person. Second is, I have a 27% hearing disability that I am being monthly compensated for by the Unite
States Army that is being downplayed by both federal government agencies in their decisions against m
and third is the hiring priority *rating system* within the Bureau of Indian Affairs that the BIA has ignored du
the Bureau of Indian Affairs hiring process that has greatly adversely effected myself. I am not saying th.
they discriminated against me because of my veteran five or ten point status, but of the Bureau of Indiar
Affairs own hiring priority rating system that prioritizes ANY veteran before all others (The Report of
Investigation [ROI] prepared by the EEOC will prove this without a shadow of doubt), as long as the vete
qualifies for the position, which I did qualify. The top three priority rating lists veterans; first priority as thi
percent disability veteran, second rating is ten point veteran and third rating is a five point veteran with tl
fourth rating being Indian Preference Eligible The person hired was in the fourth category. When this ca:
first started, I did not have any information about the person that was hired so I was forced to use the shot

effect to ensure that I did not miss any possible discrimination charges, which includes the Veteran Quest The veteran question has become very clear and has eventually evolved around the priority rating system BIA hiring agencies have ignored; as did EEOC.

The above discrimination events happened on August 4, 2003 (Original application submitted in July, 20 and ignored by both federal agencies), September 15, 2003 (Resubmitted my in-house August 4, 2003 application for Realty Specialist position by Mr. Troy Kahklen, the person contacted to start EEOC proce which he did with the October 2, 2003 letter to myself). The federal agencies had to have my application file to resubmit the September 15, 2003 application from in-house. Even just recently as of March, 2006, BIA is still readvertising for Realty Specialist positions. Plus the many times before and after when the "Re Specialist" positions became open and available as advertised for hire. As stated in the Veteran Manual hire the BIA should have placed me in a job position.

The fact that on September 1-3, 2003 that the BIA hiring office in the Southern Plains office of the BIA h; lied to me and to Mr. Troy Kahklen, EEO Officer, Juneau BIA Office, about the hiring of an individual for August 4, 2003 closing deadline (when no such hiring event had occurred) is the main thrust of my Discrimination charges (Proof is in my notes submitted as evidence bearing the dates of September 1-3 2003). The continuation of the aforesaid lie and the actions of the federal agencies perpetuating the lie t trying to cover the lie with deception and by ignoring to mention written major facts and submitted letters what makes this case a "BLATANT" case.

March 15, 2006 EEOC Appeal decision is proof of the above. The EEOC Decision or the appeal decision not the rational as to why or how the decisions are/ were made. The March 15, 2006 EEOC Appeal decis (letter March, 2006) is just a continuation of the injustice from both of the federal agencies of the followir discrimination actions have occurred and is continuing even today. There were two Realty Specialist positions open during March, 2006.

I have enclosed a copy of the last letter received from the Equal Employment Opportunity Commission da March 15, 2006 which leads and authorizes me to the filing in district court.

The reasons I feel why the Agency has discriminated against are as follows:

Hiring application sent to BIA agency in July, 2003 for Realty Specialist position prior to the August 4, 20 advertised application deadline. My notes relating to this event was written on the back of the federal advertised position paper dated July, 2003, coinciding with my July 2003 job application date (Original enclosed).

Prior to September 1, 2003, I requested information from BIA hiring agency about Realty Specialist posi for which I had applied. I was informed someone was hired. The agency would not give me information at who was hired. So I started to take notes on or around September 1, 2003.

I started to take notes on 9/01-03/03 after the agency information given to me about position kept chang and would not give me specific information about hired individual; such as, male or female, veteran or non-veteran, age, etc.

September 01-03, 2003 contacted various federal agencies (Bureau of Indian Affairs and Bureau of Lan Management and US Forest Service) to find out about rights available to me. I contacted EEO Officer, M Troy Kahklen, within the September 01-03, 2003 and started Equal Employment process. On October 2 2003 Mr. Kahklen sent me a letter explaining the process and that was within the federal thirty day limit for to file discrimination charges. Fits within the notes made on September 01-03, 2003, since I contacted M Kahklen during those dates and will coincide with the notes submitted.

Mr. Kahklen asked for my information about my submitted application and he contacted the hiring portio[n] Southern Plains Agency. He said he could not release any information about person hired because of confidentiality concerns. Both agencies (Southern Plains BIA Office and Juneau Office) would not even [tell] me if it was a man or woman. Actual fact is that Mr. Kahklen could not state which it was a man or a wor[man] for no one was hired that Realty Specialist, as was stated by the Southern Plains Office.

I was in Anchorage AK in early September 2003 and obtained the requested Veteran Disability informati[on] on September 8, 2003 for Mr. Kahklen as he requested during the time of September 1-3, 2003. Then [he] resubmitted my previous August 4, 2003 application for the same **_readvertised_** Reality Specialist positi[on] on September 15, 2003. My application he resubmitted for me was for the closing date of September 15[,] 2003 to which the Agencies will not deviate and has ignored the August 4, 2003 original application date[.]

Person hired for the position had **_submitted his application_** on or around August 26, 2003 which is late[r] than the August 4, 2003 deadline date for which I had applied. That person was hired, had applied for th[e] September 15, 2003 advertised position and was hired. Never was there a person hired for the August 4[,] 2003 advertised Realty Specialist position, as I was told by the Southern Plains Office on September 1-3[,] 2003. I did not find out about the facts stated above in this paragraph until late into the EEOC Process fro[m] document submitted by the BIA by the BIA attorney.

The September 15, 2003 application deadline date is the date that the DOI/BIA and EEOC will not devia[te] from, as their date their discriminate action started. Although August 4, 2003 is my original submitted application date. The federal agencies will not mention the original submitted application August 4, 2003 [date] Thereby forcing my accusations against the federal agencies to become intentional and willful discriminat[ion] Due to the fact that each agency has had the information necessary (was/is fully aware that the said application date of August 4, 2003 is the date I am stating as the discrimination date) and is trying to hid[e] behind the September 15, 2003 application date. Thereby making a total of nine discrimination charges, [with] intentional discrimination and with disparate impact added.

The rest of my September 15, 2003 and October 6, 2003 Complaints are stemming from the facts prese[nted] above in prior paragraphs where both federal agencies continued to discriminate against me that has ha[d] disparate impact upon myself and my family

Other than asking the Court to have the DOI/BIA to halt their Discriminating practices for all applicants for[,] I am seeking full wage restitution for the lost wages, raises, COLA, travel for training with travel expenses[,] punitive damages for each of the nine ((1) age, (2) disability and (3) veteran rating for August 4, 2003, (4) [age,] (5) disability and (6) veteran rating for September 13, 2003, and (7) age, (8) disability and (9) veteran ra[ting] for October 6, 2003. For the disparate impact these blatant discrimination actions have cost me since Aug[ust] 17, 2003. The major parts of my discrimination case are attached for review.

Respectfully and honestly signed on Monday, June 12, 2006:


_Walter A Johnson_ (signature)
Walter A Johnson

Requested WITNESS"S: Mr. Troy Kahklen, Ms. Mary Kopepassah, MS. Jeanie Cooper, and Ms. Rose M. Brady to testify.