ALASKA NATIVE JUSTICE CENTER (ANJC)
Confidential Client Intake Sheet

**Name:** Walter A Johnson

**Mailing Address:** 7640 Pleasure Veiw Cir

**Home Phone:** 522-6083

**Message Phone:** 227-9825

**Referred By:** CIRI Meeting

**Employed:** ☒ Yes ☐ No

**Occupation:** Self.

**Work Phone:**

**Regional Corporation:** SEALASKA

**Length of Time in Anchorage:** Various Years   Months

**Are your kids in OCS custody?** ☐ Yes ☒ No

**Is your Tribe involved?** ☐ Yes ☒ No
**Name of Tribe:**

**Average Yearly Household Income:** ☒ $5,000 - $15,000  ☐ $16,000 - $25,000  ☐ $26,000 - $35,000  ☐
☐ Other (specify):   **Number living in your household:** 1

**Do you receive public assistance?** ☒ Yes ☐ No
**Type:** Elder Asst # STATE

**How can we assist you?** I would appreciate legal assistance to file a discrimination suit/case in US District Court. It is against the BIA/DOI and possible EEOC. I am leaving a copy of the Basic That I was to use to file in USD Court. I have the necessary forms Can you help. Thank you for usage of your Valuable Time.

**Statement of Understanding**

ANJC was established in response to the inequities facing Alaska Natives in the Justice System. As a client of ANJC, I understand the following:

- A legal advocate at ANJC will not act as my attorney. They will refer me to a qualified attorney if necessary.
- ANJC staff will explain the civil and criminal process and will provide me with information and education to explore and clarify my civil and criminal options.
- The legal advocates at ANJC can provide me assistance in completing court forms and filings, accompany me to court hearings to provide support and assistance, and explain the civil/criminal processes.

*I agree to hold harmless and indemnify the Alaska Native Justice Center and its representatives, employees, members, offices, and Directors against any loss, damage, injury, or claim that may arise in connection with acts performed on my behalf, which would reasonably be associated with consultation, technical advice, counseling, referrals, or other related activities.*

Client Signature                                                     Date

(This Section for Office Use Only)

**Contact Date:**   **Method of Contact:** ☐ In-Person ☐ Phone ☐ Mail  **TANF Related?** ☐ Y ☐ N

**Civil Matter?** ☐ Y ☐ N Primary Category:            Specific Category:
**Criminal Matter?** ☐ Y ☐ N Primary Category:         Specific Category:

**Referral Made to:**

**Case Assigned to:**                                    **ANJC Case #:**

Intake Signature                                                    Date
Document2