

ALASKA LEGAL SERVICES CORPORATION
ANCHORAGE AND STATEWIDE OFFICE

1016 WEST SIXTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501-1963
TELEPHONE (907) 272-9431
FAX (907) 279-7417
www.AlaskaLawHelp.org

April 18, 2005

Walter Johnson
4901 Spenard Road #238
Anchorage, AK

Dear Mr. Johnson:

    We are pleased to inform you that we have found a volunteer attorney to assist you. William Sherman, an attorney from Anchorage, has agreed to accept your case. Mr. Sherman can be reached at 277-1966. Please contact your pro bono attorney as soon as you receive this letter.

    Attorneys who take cases on behalf of our program normally charge their clients at least $150.00/hr. Because William Sherman is assisting you on a *pro bono* basis, there will be no charge to you. It is therefore imperative that you keep all appointments as scheduled and that you respond timely to requests for information.

    From now on, please direct any questions regarding your case to your pro bono attorney. However, please be respectful of the attorneys' time and speak **only** about the matter on which Mr. Sherman has chosen to represent you. Return all phone calls and keep a file of all your correspondence.

    If you have not signed a service agreement, one has been included for you to read, sign and return to us as soon as possible. Also, if there is any change in your address, telephone number or income level, you are required to notify me as soon as possible. At the completion of your case, we would like to hear from you. Please feel free to fill out and mail the enclosed customer satisfaction survey.

Sincerely,

Erick Cordero
Pro Bono Coordinator

cc: William Sherman, Esq.