Fax # 264-6602

April 28, 2006

Mr Fleischer,

As per our conversation earlier today, I am faxing the following documents in the order of inception dates;

(1) BIA Listing for 3 Realty Specialist positions 7-14-03
(2) Notes written by self starting 9/1-3/03 on Back of above Document
(3) BIA Announcement for Realty Specialist with NOTE: Applicants...
(4) Nov 25, 05 BIA Response to my Appeal
(5) Dec 12, 05 My Response to above.
(6) March 20, 06 - EEOC Decision

Mr Fleischer, if you are unable to assist me to have my day in court would you refer this information to someone that could help me.

Thank you for taking up some of your very precious time to consider this and if I owe you anything please let me know ASAP.

Sincerely

Walter Johnson