## LEE HOLEN LAW OFFICE

608 WEST FOURTH AVENUE, SUITE 21
ANCHORAGE, ALASKA  99501
(907) 278-0298 OFFICE      (907) 278-0247 FAX

LEE HOLEN

leeholen@gci.net

### NOTICE

Enclosed with this Notice is an evaluation questionnaire for Lee Holen's potential clients. Your problem is important to us, but please understand that Holen cannot evaluate your case without as much of this information as you possibly can provide. Do your best to complete all questions which apply to your situation and return all documents requested. Your intake packet may not be reviewed until all requested information which applies to your case is provided. Once you return the packet, Holen's office will make every effort to get back to you within one week with either: (a) more questions, (b) the attorney's initial comments, or (c) a time for an appointment, if one is appropriate. There is no charge for review of your responses to this intake packet. If an appointment is scheduled there will be an initial consultation and evaluation charge.

**Please be on notice: By agreeing to evaluate your claim for possible representation, Holen is not agreeing to take your case; she does not represent you at this time. However, she will review your questionnaire and someone from the office will get back to you.**

We know you are anxious for an answer, and we will try to get back to you within one week of receiving your packet and material. <u>**If you believe you have an emergency, please explain what it is and give due dates on the front of your packet.**</u> You may return this completed intake questionnaire to Holen by fax at 278-0247. Please do not return more than 10 pages by fax during regular office hours; if you have a large file, mail by express or priority mail, do not fax.

Please be on notice:  <u>HOLEN IS NOT AGREEING TO BE YOUR ATTORNEY AT THIS TIME.</u>

**PLEASE SEND COPIES OF YOUR RECORDS; NOT ORIGINALS. Files will be destroyed after six months if there has been no activity.**

Potential Client Intake Form
Page 1 of 6