SOUTHERN PLAINS REGIONAL OFFICE
PVA LISTING FOR THE WEEK OF July 14th, 2003

| VACANCY NUMBER | POSITION (TITLE/SERIES/GRADE) POSITION LOCATION | OPENING DATE | CLOSING DATE | DUTY STATION/ LOCATION | CONTACT PERSON 405-247- + (4) digit Num. |
|---|---|---|---|---|---|
| SPR-03-D-012 | Civil Engineer, GS-0810-12, Alaska Reg. Office, Ofc. Of the Reg. Director, Branch of Roads, Design Section | 12/02/02 | Open Until Filled | Juneau, AK | Mary Kopepassah, # 1525 |
| JU-03-16 | Civil Engineer, GS-0810-7/9/11, Alaska Reg. Office, Ofc. Of the Reg. Director, Branch of Roads | 12/02/02 | Open Until Filled | Juneau, AK | Mary Kopepassah, # 1525 |
| SPR-03-D-013 | Civil Engineer, GS-0810-7/9/11, Alaska Reg. Office, Ofc. Of the Reg. Director, Branch of Roads | 12/02/02 | Open Until Filled | Juneau, AK | Mary Kopepassah, # 1525 |
| JU-03-17 | Civil Engineer, GS-0810-12, Alaska Reg. Office, Branch of Roads, Design Section | 01/13/03 | Open Until Filled | Juneau, AK | Mary Kopepassah, # 1525 |
| SPR-03-D-014 | Civil Engineer, GS-0810-12, Alaska Reg. Office, Branch of Roads, Design Section | 01/13/03 | Open Until Filled | Juneau, AK | Mary Kopepassah, # 1525 |
| JU-03-19 | Civil Engineer Technician, GS-802-11 (4 Posns.), Alaska Reg. Ofc., Ofc. of the Deputy Reg. Dir., Br. of Roads, Construction Section, Anchorage Inspection, Juneau, AK | 01/17/03 | Open Until Filled | Juneau, AK and/or Anchorage, AK | Mary Kopepassah. # 1525 |
| SPR-03-D-018 | Civil Engineer Technician, GS-802-11 (4 Posns.), Alaska Reg. Ofc., Ofc. of the Deputy Reg. Dir., Br. of Roads, Construction Section, Anchorage Inspection, Juneau, AK | 01/17/03 | Open Until Filled | Juneau, AK and/or Anchorage, AK | Mary Kopepassah, # 1525 |
| JU-03-25 | Civil Engineer, GS-0810-7/9/11, Alaska Reg. Office, Ofc. Of the Dep. Reg. Director, Branch of Roads, Planning & Administrative Services | 02/26/03 | Open Until Filled | Juneau, AK | Mary Kopepassah, # 1525 |
| SPR-03-D-022 | Civil Engineer, GS-0810-7/9/11, Alaska Reg. Office, Ofc. Of the Dep. Reg. Director, Branch of Roads, Planning & Administrative Services | 02/26/03 | Open Until Filled | Juneau, AK | Mary Kopepassah, # 1525 |
| JU-03-27 | Civil Engineer, GS-0810-07/9/11, Alaska Reg. Office, Branch of Roads, Design Section | 03/03/03 | Open Until Filled | Juneau, AK | Mary Kopepassah, # 1525 |
| SPR-03-D-023 | Civil Engineer, GS-0810-07/9/11, Alaska Reg. Office, Branch of Roads, Design Section | 03/03/03 | Open Until Filled | Juneau, AK | Mary Kopepassah, # 1525 |
| JU-03-31 | Student Trainee (Civil Engineering), GS-0899-03/04, (2 Positions), Alaska Regional Office, Branch of Roads, Construction Section | 03/31/03 | Open Until Filled | Juneau, AK | Mary Kopepassah, # 1525 |
| JU-03-35(Readv.) | Supervisory Civil Engineer, GS-0810-12/13, Alaska Regional Office, Office of the Regional Director, Branch of Roads, Branch of Roads | 07/14/03 | 07/28/03 | Juneau, AK | Mary Kopepassah, # 1525 |
| SPR-03-D-032 (Readv.) | Supervisory Civil Engineer, GS-0810-12/13, Alaska Regional Office, Office of the Regional Director, Branch of Roads, Branch of Roads | 07/14/03 | 07/28/03 | Juneau, AK | Mary Kopepassah, # 1525 |
| JU-03-40 | Civil Engineer, GS-0810-12, Alaska Regional Office, Office of the Deputy Regional Director, Branch of Roads, Construction Section | 06/20/03 | Open Until Filled | Juneau, AK | Mary Kopepassah, # 1525 |
| SPR-03-D-043 | Civil Engineer, GS-0810-12. Alaska Regional Office, Office of the Deputy Regional Director, Branch of Roads, Construction Section | 06/20/03 | Open Until Filled | Juneau, AK | Mary Kopepassah, # 1525 |
| JU-03-41 | Realty Specialist, GS-1170-7/9/11, Alaska Region, Office of the Deputy Regioan; Director, Branch of Real Estate Services, Juneau, AK | 06/27/03 | 07/18/03 | Anchorage, AK | Mary Kopepassah, # 1525 Thomas |
| JU-03-43 | Realty Specialist, GS-1170-12, Alaska Region, Office of the Deputy Regional Director, Branch of Realty, Realty Section, Juneau, Alaska | 07/02/03 | 07/16/03 | Anchorage, AK | Mary Kopepassah, # 1525 |
| JU-03-45 | Realty Specialist, GS-1170-11, Alaska Region, West-Central Alaska Field Office, Branch of Realty | 07/14/03 | 08/04/03 | Anchorage, AK | Mary Kopepassah, # 1525 |
| MU-03-21 | Land Surveyor, GS-1373-11/12, Eastern OK Reg. Office, Office of the Deputy Regional Director, Branch of Transportation, Design Section | 06/23/03 | 07/17/03 | Muskogee, OK | Carl Cook, # 1655 |
| MU-03-22 | Contract Specialist, GS-1102-9/11, Eastern OK Reg. Office, Office Of the Deputy Regional Director, Branch Of Contracting/Grants Administration/Procurement | 07/07/03 | 07/21/03 | Muskogee, OK | Carl Cook, # 1655 |
| DOI-FIRE-WY-03-001-A | Forestry Aid/Technician (Firefighter), GS-0462-2/3/4/5, Dept. Of the Interior, Bureau of Land Management | 12/23/02 | 09/30/03 | WY-Ft. Washakie-BIA WY-Grand Teton NP- WY-Yellowstone NP | Christine Spragg, (303) 236-0573 |

Handwritten annotations: "271-4694 Rose Beaty - Selected someone els"

1 What was I missing on my application?

I paid for the call
Thomas called Back -
EEO

Gayla White Bull
7AM
Thomas Hungup on me

.303 Mary called. Will bring up # to
0:50  Just was called by a allotment owner to assist them even though I wasn't working

Blinda - BIM
Katy Dewer
BIA-EEO - Albert KahKlin    superintendent
271-4088
Albert Kah

Troy KahKlin
586-7444  154

1-800-645-8397
Troy KahKlin - 1:45 to Will research & Return call

DANE - 561 981 9050 Dmme

Location BIM  271-5960

All 71C #146 -

2 - Certificate of Indian Blood -
Veteran - DD 214
Certificate of Eligibility ie. GS-13
4 years as Realty Specialist
615
Paid for the call
Called at 4-29-03  $20  545 615
Assisted by Thomas-QT 6:15 (Mary Kopepassah wasn't in yet)
Will call back - Called back at -
4-30-03
8:10 AM Will return

Rose Brady - 271-4697 -
1-800-645-8465

1. Was II/She a Veteran   Am.Ind/AK Nati.
2.  "    "    "    "   elderly
3.  "    "    "    "   Have 2 years Resp Exp.
4.  "    "    "    "
5. I am qualified for a GS-13 position

Never did call me