# Federal Job Search

Register • Log In • Jobs By State    Feedback • FAQ • Privacy/Terms • Browse Jobs • Home

Click locations to browse Alaska jobs broken down by city or region

Click here to create a FREE and powerful federal government job search agent and capture your custom search profile. Choose specific federal job titles and cities (or counties) for your search. Save time! When a job matches your profile, we send you an email alert.

Alaska >> **Anchorage AK jobs**

| Location | Jobs |
|---|---|
| **Anchorage AK** | 58 |
| Bethel AK | 2 |
| Denali National Park AK | 1 |
| Dillingham AK | 3 |
| Eielson AFB AK | 11 |
| Elmendorf AFB AK | 47 |
| Fairbanks AK | 4 |
| Fort Greely AK | 5 |
| Fort Richardson AK | 7 |
| Fort Wainwright AK | 15 |
| Glennallen AK | 1 |
| Hoonah AK | 1 |
| Juneau & Auke Bay AK | 44 |
| Kenai & Soldotna AK | 2 |
| Ketchikan AK | 11 |
| King Salmon AK | 1 |
| Kodiak AK | 8 |
| Petersburg AK | 4 |
| Portage, Girdwood & Whittierk AK | 1 |
| Remote Alaska locations | 6 |
| Seward AK | 1 |
| Sitka & Mount EdgeCombe AK | 5 |
| Southeastern Alaska | 1 |
| Throughout Alaska | 2 |
| Valdez AK | 3 |
| Wrangell AK | 4 |

| Alaska Federal Job Search |
| Choose another state |
| Federal Job Search Home |

Results Pages:    << Back    1 2 3 **4**    End of Results

**46) Realty Specialist**
| | |
|---|---|
| **Location** | **Federal Agency** |
| Anchorage | Department Of The Interior |
| **Federal Grade** | **Salary** |
| GS-11/11 | $ 42976 - $ 55873 |
| **Dates** | **Opening(s)** |
| 09/15/2003 to 10/06/2003 | 1 |

*[handwritten note: 9:05 AM Called 10-6-03 Appl to Have my past submitted. She said to submit couldn't make a copy too for today's deadline she send in me a copy of everything I submitted?? What is the difference 9/17]*

**Description**
This series includes positions the primary duties of which are to perform, advise on, plan, or direct one or more of the following functions: (1) acquisition of real property; (2) management of real property in (a) the administration of Federally owned, ...
--> Click for full description, contact information and application details

**47) REGISTERED NURSE (SURGICAL SERVICES) - INTERMITTENT**
| | |
|---|---|
| **Location** | **Federal Agency** |
| ANCHORAGE, AK | HRMS (05) |
| **Federal Grade** | **Salary** |
| AD-0/0 | $ 33714 - $ 65940 |
| **Dates** | **Opening(s)** |
| 11/19/2001 to 01/01/2071 | 5 |

**Description**
DUTIES:
RESPONSIBILITIES - this announcement is not intended to cover all the duties, responsibilities and qualifications required for this position: ...
--> Click for full description, contact information and application details

**48) REGISTERED NURSE - ICU (INTERMITTENT)**
| | |
|---|---|
| **Location** | **Federal Agency** |
| ANCHORAGE, AK | HRMS (05) |
| **Federal Grade** | **Salary** |
| AD-0/0 | $ 37022 - $ 68319 |
| **Dates** | **Opening(s)** |
| 06/18/2002 to 01/01/2071 | 5 |

**Description**
DUTIES:
RESPONSIBILITIES: This announcement is not intended to cover all the duties, responsibilities, and qualifications required for this position: ...
--> Click for full description, contact information and application details

**49) SECRETARY (OA)**
| | |
|---|---|
| **Location** | **Federal Agency** |