**Department of Veterans Affairs**

**2925 DEBARR ROAD**
**ANCHORAGE AK 99508**

November 20, 2003

In Reply Refer To:
27

WALTER A JOHNSON
PO BOX 145
YAKUTAT AK   99689

File Number:
~~[redacted]~~

PAYEE NO 00
W A JOHNS

This is to certify that the records of the Department of Veterans Affairs disclose that the above named veteran is in receipt of disability compensation on account of service-connected disability. This payment is made in accordance with public laws administered by the Department of Veterans Affairs. The records of the Department of Veterans Affairs show that the veteran was discharged under honorable conditions.

Percent Disabled: 010%

IF YOU RESIDE IN THE CONTINENTAL UNITED STATES, ALASKA, HAWAII OR PUERTO RICO, YOU MAY CONTACT VA WITH QUESTIONS AND RECEIVE FREE HELP BY CALLING OUR TOLL-FREE NUMBER 1-800-827-1000 (FOR HEARING IMPAIRED TDD 1-800-829-4833).

S. RIDDLE

VETERANS SERVICE CENTER MANAGER


= VETERAN

RECEIVED BY:

**DEC 0 3 2003**

BIA Natural Resources
Development

VA FORM
JAN 1990    20-8992