APPLICATION FOR FEDERAL EMPLOYMENT -- SF 171   DO NOT USE THE INSERT SPACE OR INSERT KEYS WHEN EDITING THIS 171!!

1. Kind of position you are applying for?
   Give title and announcement number (if any)
   BUSINSS MANAEMENT ASSISTANT
2. Options for which you wish consideration?

3. Social Security No. | 4. DOB (mth,day,yr.)

5. Name (Last, First, Middle)
   JOHNSON, WALTER A.; SR.
   Street Address
   P.O. BOX 145
   City                  | State | Zip Code
   YAKUTAT               | AK    | 99689

6. Other names used   | 7. Sex (for stats only)
                      | |X| Male  |_| Female
8. Home Phone         | 9. Work Phone       ext.
   AC (907)784-3997   | AC(907)784-3359   20
10. Were you ever employed by the Fed. Gov't? If
    NO, go to 11. If YES, mark type of job:
    |X| Temp. |_| Career-Cond |_| Career |X| Except
    Highest Grade, class series and job title: $23.96
    ph - B.I.A. ROADS - TRUCK DRIVER
    Dates at highest grade: FROM MAY- 90TO OCT-90
11. If you currently have an application on file
    with OPM for appointment to a Federal posi-
    tion, list: name of office maintaining
    application; position for which filed;
    date of Notice of Rating; and rating.
    SITKA AK - ASDA FOREST SERVICE
    YRD-BUSINESS MANAGEMENT ASSISTANT - 6-28-93
    GS-5

AVAILABILITY
12. Date Available: | 13. Lowest Pay Acceptable:
    IMMEDIATELY     | GS-5
14. Are you willing to work:            | Yes | No |
    A. In the Wash., DC, metro area? ...|     | X  |
    B. Outside the 50 United States? ...|     | X  |
    C. Any place in the United States? .|     | X  |
    D. Only in (list location(s))
    ALASKA
    HAWAII

15. Are you     A. 40 hours per week? .. | X |   |
    willing to  B. 25-32 hours/week? ... |   |   |
    work:       C. 17-24 hours/week? ... |   |   |
                D. 16 or less per week?  |   |   |
                E. Intermittent (oncall) |   |   |
                F. Weekends, shifts?     | X |   |
16. Are you     A. 5-12 months (some-    |////|////|
    willing to     times longer)? ......| X |   |
    take a tem- B. 1-4 months? .........|   |   |
    porary job: C. Less than 1 month? ..|   |   |
17. Are you willing to travel away from home for:
    A. 1 to 5 nights each month? .....|     |     |
    B. 6 to 10 nights each month? ....|     |     |
    C. 11 or more nights each month?  |  X  |     |

DO NOT WRITE IN THIS AREA
For Use of Examining Office Only

Material      | Entered Register           | A
  Submitted   |                            | N
  Returned    |                            | N
Notations                                  | O N
                                           | U U
Form Reviewed:                             | N M
Form Approved:                             | C B
Option | Grade | Earned  | Preference | Aug.   | E E
       |       | Rating  |            | Rating | M R
       |       |         | 5 pt.      |        | E
       |       |         |            |        | N
       |       |         | 10 pt 30%  |        | I
       |       |         |            |        | A
       |       |         | 10pt L 30% |        | P
       |       |         |            |        | P N
       |       |         | Other      |        | L U
       |       |         |            |        | I M
       |       |         | Disallowed |        | C B
       |       |         |            |        | A E
       |       |         | Being Invt.|        | T R
       |       |         |            |        | I
Initials and Date                          | O
                                           | N

FOR USE OF APPOINTING OFFICER ONLY
Preference has been verified through proof that separation
was under honorable conditions, or other proof as required.
            10pt 30%       10pt 30%      10pt
| | 5pt | | or More  | | or Less   | | Other
Signature and Title

Agency                              | Date

MILITARY SERVICE AND VETERAN PREFERENCE

18. Have you served on active duty in the US   | Yes | No |
    Military Service? If active duty was train-|/////|////|
    ing in the Reserves or National Guard,     |/////|////|
    answer NO. If NO, go to 22.                |  X  |    |
19. Were you honorably discharged from the     |/////|////|
    military service? If discharge was changed |/////|////|
    to honorably answer YES. If NO give details|/////|////|
    item 47.                                   |  X  |    |
20. Did you or will you retire at or above the |/////|////|
    rank of major or lt. commander?            |     | X  |
21. List the dates, branch, & serial # for active duty:
    From  | To   | Branch of Service | Serial Number
    2-62  | 5-64 | U.S. ARMY         | ━━━━━━━━   Veteran
22. Place an "X" in the box next to your Veteran Preference.
    Mark only one box.
    |1| NO PREFERENCE
    |2| 5-PT PREFERENCE
    XXX 10-PT PREFERENCE--Attach SF-15 with proof requested
        in that form.
    |3| Non-compensably disabled or Purple Heart recipient.
    X|4| Compensable disabled (less than 30%).
    |5| Spouse, widow(er), or mother.
    |6| Compensably disabled (30% or more).