DD-214

Q: Insert N/A to the items below which are not applicable.

| | | | |
|---|---|---|---|
| 1. LAST NAME - FIRST NAME - MIDDLE NAME<br>JOHNSON, WALTER ANTON JONES JR | 2. SERVICE NUMBER<br>[redacted] | 3a. GRADE, RATE OR RANK<br>PVT (P) E-2 | b. DATE OF RANK (Day, Month, Year)<br>15 Feb 64 |
| 4. DEPARTMENT, COMPONENT AND BRANCH OR CLASS<br>AR – RA INF | 5. PLACE OF BIRTH (City and State or Country)<br>Wrangell, Alaska | 6. DATE OF BIRTH | DAY [redacted] MONTH [redacted] YEAR [redacted] |

| 7a. RACE | b. SEX | c. COLOR HAIR | d. COLOR EYES | e. HEIGHT | f. WEIGHT | 8. U.S. CITIZEN | 9. MARITAL STATUS |
|---|---|---|---|---|---|---|---|
| AMERICAN INDIAN | Male | Brown | Brown | 5'9" | 151 | ☒ YES ☐ NO | Single |

| 10a. HIGHEST CIVILIAN EDUCATION LEVEL ATTAINED | b. MAJOR COURSE OR FIELD |
|---|---|
| 4 Years High School | General |

| 11a. TYPE OF TRANSFER OR DISCHARGE | b. STATION OR INSTALLATION AT WHICH EFFECTED |
|---|---|
| Trans to USAR (Sec 18) | Fort Benning, Georgia |

| c. REASON AND AUTHORITY | d. EFFECTIVE DATE | DAY 11 | MONTH May | YEAR 64 |
|---|---|---|---|---|
| Expiration Term of Service | | | | |

| 12. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 13a. CHARACTER OF SERVICE | b. TYPE OF CERTIFICATE ISSUED |
|---|---|---|
| Co A 2d Bn 9th Inf     3d US ARMY | HONORABLE | DD-3 |

| 14. SELECTIVE SERVICE NUMBER | 15. SELECTIVE SERVICE LOCAL BOARD NUMBER, CITY, COUNTY AND STATE | 16. DATE INDUCTED |
|---|---|---|
| [redacted] | LB # 3, Juneau, Alaska | 15 Feb 62 |

| 17. DISTRICT OR AREA COMMAND TO WHICH RESERVIST TRANSFERRED | |
|---|---|
| Trans to USAR Control Group (Ann Tng) | US ARMY CORPS ALASKA |

| 18. TERMINAL DATE OF RESERVE OBLIGATION | 19. CURRENT ACTIVE SERVICE OTHER THAN BY INDUCTION<br>a. SOURCE OF ENTRY | b. TERM OF SERVICE (Years) | c. DATE OF ENTRY |
|---|---|---|---|
| DAY 14 MONTH Feb YEAR 68 | ☐ ENLISTED (First Enlistment) ☐ ENLISTED (Prior Service) ☐ REENLISTED ☐ OTHER: NA | NA | NA |

| 20. PRIOR REGULAR ENLISTMENTS | 21. GRADE, RATE OR RANK AT TIME OF ENTRY INTO CURRENT ACTIVE SERVICE | 22. PLACE OF ENTRY INTO CURRENT ACTIVE SERVICE (City and State) |
|---|---|---|
| NONE | Pvt E-1 | Fort Richardson, Alaska |

| 23. HOME OF RECORD AT TIME OF ENTRY INTO ACTIVE SERVICE (Street, RFD, City, County and State)<br>Box 123, Mount Edgecumbe, Alaska | 24. STATEMENT OF SERVICE | YEARS | MONTHS | DAYS |
|---|---|---|---|---|
| | a. CREDITABLE FOR BASIC PAY PURPOSES (1) NET SERVICE THIS PERIOD | 2 | 0 | 0 |
| | (2) OTHER SERVICE | 0 | 0 | 0 |
| 25a. SPECIALTY NUMBER AND TITLE [redacted] | (3) TOTAL (Line (1) + line (2)) | 2 | 0 | 0 |
| b. RELATED CIVILIAN OCCUPATION AND D.O.T. NUMBER | b. TOTAL ACTIVE SERVICE | 2 | 0 | 0 |
| NONE | c. FOREIGN AND/OR SEA SERVICE | 0 | 3 | 2 |

26. DECORATIONS, MEDALS, BADGES, COMMENDATIONS, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED

Sharpshooter (Rifle)     Sharpshooter (Pistol)     2d Cl Gnr (3.5 RL)
Expert (Bayonet)         2d Cl Gnr (LMG)

27. WOUNDS RECEIVED AS A RESULT OF ACTION WITH ENEMY FORCES (Place and date, if known)
NONE

| 28. SERVICE SCHOOLS OR COLLEGES, COLLEGE TRAINING COURSES AND/OR POST-GRADUATE COURSES SUCCESSFULLY COMPLETED | | 29. OTHER SERVICE TRAINING COURSES SUCCESSFULLY COMPLETED |
|---|---|---|
| SCHOOL OR COURSE | DATES (From–To) | |
| NONE | NA | NA |

I certify the original document to be evidence acceptable under VA Regulations 1200 Series.
Signature [signed] 12-03-84
Per 4603 Authority

| 30a. GOVERNMENT LIFE INSURANCE IN FORCE | b. AMOUNT OF ALLOTMENT | c. MONTH ALLOTMENT DISCONTINUED |
|---|---|---|
| ☐ YES ☒ NO | NA | NA |

| 31a. VA BENEFITS PREVIOUSLY APPLIED FOR (Specify type) | b. VA CLAIM NUMBER |
|---|---|
| NONE | [redacted] |

32. REMARKS

Blood Group: [redacted]   SSAN: [redacted]
Excess leave of 7 days taken from 16-19 Apr 64; 25-27 Dec 63
57 days lost under Title 10, US Code 972 from 6 May–3 Jul 62

RECEIVED
DEC 4 1984
[stamp]

| 33. PERMANENT ADDRESS FOR MAILING PURPOSES AFTER TRANSFER OR DISCHARGE (Street, RFD, City, County and State) | 34. SIGNATURE OF PERSON BEING TRANSFERRED OR DISCHARGED |
|---|---|
| See 23 | |

| 35a. TYPED NAME, GRADE AND TITLE OF AUTHORIZING OFFICER | b. SIGNATURE OF OFFICER AUTHORIZED TO SIGN |
|---|---|
| THOMAS J. SMITH, Capt., VDC, Asst AG | |

DD FORM 214
1 NOV 55     REPLACES EDITION OF 1 JUL 55 WHICH IS OBSOLETE     Veteran

ARMED FORCES OF THE UNITED STATES
REPORT OF TRANSFER OR DISCHARGE

5