| STATE OF ALASKA - NOT NEGOTIABLE | | | 45135758 | 45135758 |
|---|---|---|---|---|
| MO DAY YR 05/01/06 | CASE NUMBER ▓▓▓▓ | AP/OA | BENEFITS FOR: 05/06 | AMOUNT PAID $*****1.00 |
| REFERENCE | | | | |

STATE OFFICE
SE 022
SITKA
DIVISION OF PUBLIC ASST
201 KATLIAN ST. SUITE 107
SITKA, AK 99835

WALTER SR A JOHNSON
PO BOX 145
YAKUTAT AK 99689

| STATE OF ALASKA - NOT NEGOTIABLE | | | 45135772 | 45135772 |
|---|---|---|---|---|
| MO DAY YR 05/01/06 | CASE NUMBER ▓▓▓▓ | GA/SC | BENEFITS FOR: 05/06 | AMOUNT PAID $***120.00 |
| REFERENCE SeniorCare | | | JOHNSON, W | |

STATE OFFICE
CR 030
SENIORCARE PROGRAM
855 W COMMERCIAL DRIVE
WASILLA, AK 99654

WALTER SR A JOHNSON
PO BOX 145
YAKUTAT AK 99689

REMINDER ABOUT REPORTING CHANGES:

You need to tell us about changes in your situation. Changes need to be reported within 10 days of when you first know about them. You can report changes in person, in writing, or by calling your public assistance office.

*Sr & Low income* (handwritten)

MAKE INQUIRIES ABOUT PAYMENT TO OFFICE LISTED ABOVE