| Department of Transportation<br>U.S. Coast Guard<br>CG-719K (Rev 1/02) | **Merchant Mariner Physical Examination Report** | OMB-2115-0514<br>Page 3 |
|---|---|---|

### Section I – A

Name (Last, First, M): JOHNSON, WALTER A SR
11/1/05@08:53  CLIN 13
YAKUTAT
ACCT [redacted]

Date of Birth (Month):

Social Security Number:

### Section II – Physical Information

- Eye Color: brown
- Hair Color: gray
- Weight: 174.4 lbs
- Distinguishing Marks: none
- Height: 5 ft 5 in
- Blood Pressure: Systolic 127 / Diastolic 80
- Pulse Resting: 58  ☑ Regular  ☐ Irregular

### Section III – Vision (if you have corrected vision, BOTH uncorrected & corrected MUST be shown)

**UNCORRECTED**
- Right 20 / 30
- Left 20 / 60

**CORRECTABLE TO**
- Right 20 / 20
- Left 20 / 20

**FIELD OF VISION**
- ☑ Normal
- ☐ Abnormal

The applicant must have 100 degrees horizontal field of vision

### Section IV – Color Vision

☑ PASS  ☐ FAIL

Deck Officers/Ratings (masters, mates, pilots, operators, able-seaman) must be tested using one of the following tests. For all other licenses/ratings, see page 1, note 3.

**Pseudoisochromatic Plates**
- ☐ Divorine - 2nd Edition
- ☐ AOC
- ☐ AOC Revised Edition
- ☐ AOC - HRR
- ☑ Ishihara 16, 24, 38 Plate Edition

- ☐ Eldridge - Green Perception Lantern
- ☐ Farnsworth Lantern (FALANT)
- ☐ Keystone Orthoscope
- ☐ Keystone Telebinocular
- ☐ SAMCTT - School of Aviation Medicine
- ☐ Titmus Optical Vision Test
- ☐ Williams Lantern

### Section V – Hearing

Dale Rodgers MSCCC-A  Tested 10-1-05

☐ NORMAL  ☑ IMPAIRED (If impaired, complete Audiometer and Functional Speech Discrimination Test)

| Audiometer (Threshold Value) | 500 Hz | 1000 Hz | 2000 Hz | 3000 Hz |
|---|---|---|---|---|
| Right Ear (Unaided) | 15 | 35 | 65 | 65 |
| Left Ear (Unaided) | 20 | 30 | 75 | 80 |
| Right Ear (Aided) | | | | |
| Left Ear (Aided) | | | | |

Functional Speech Discrimination Test at 55 dB
- Right Ear (Unaided) 72 %
- Left Ear (Unaided) 72 %
- Right Ear (Aided) ___ %
- Left Ear (Aided) ___ %

### Section VI – Medications

List all current medications, including dosage and possible side effects. State the condition(s) for which the medication(s) are taken.

☐ NO PRESCRIPTION MEDICATIONS

atenolol 50 mg po QD
simvastatin 40 mg po QD
ASA 81 mg po QD
ezetimibe 10 mg po QD

} all taken for CAD and hyperlipidemia
side effects to include: liver abnormalities, dizziness, nose bleeds and bradycardia.