STATEMENT       May 25, 2006      2:54 pm.

Since July 03 when I filed for the position of "Realty Specialist" there were 3 "Realty Specialist" position open.

When I first inquired about the August 4, 2003 position for which I applied Southern Plains office told me that "Someone was hired". That was around last of August When the story kept changing and I couldn't get any answers I started to take notes September 1-3, 2003 (Have copy [original] & it is on back of July fed job Document)

Contacted Mr Kalklen EEO officer September 1-3 2003. He sent me the October 2 2003 letter that I understood was to meet the requirements of the 30 or 45 day deadline

Rest follows

*[signature: Nellie A. Johnson]*