Name: Walter A Johnson JR
Mailing Address, Zip: P.O. Box 145
Yakutat AK 99689
Telephone: 907-784-3605
227-9825

RECEIVED
JUN 14 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

Walter A Johnson Jr,
                    Plaintiff,

vs.

Gayle A Norton, Sec, Department of the Interior
                    Defendant(s).

**APPLICATION TO WAIVE
THE FILING FEE
(Non-Prisoner)**

CASE NO. 3:06-CV-00147 RRB
(To be supplied by the Court)

I, Walter A Johnson, state under penalty of perjury that I am the plaintiff in this case. I am unable to pay the fees for this proceeding or give security because of my poverty. The type of case I am filing is AGE, Disability & Veteran Priority Discrimination and I believe I am entitled to the relief I am requesting. I agree that, if I am granted this application to waive the filing fee in this case, a portion of any recovery, as directed by the Court, will be paid to the Clerk of Court for reimbursement of all fees and costs incurred by me in the case. In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☐ Yes  ☒ No  **(If "Yes" USE PRISONER FORM)**

2. Marital status: ☐ Single  ☐ Married  ☐ Divorced  ☒ Separated

   a. If separated or divorced, do you ☐ **pay** child support or alimony, or ☐ **receive** any child support, alimony or other form of maintenance? If not, check: ☒ No

   If yes to either question, state monthly amount paid:_____ OR state monthly amount received:_____

   b. Dependants: ☐ Spouse  ☐ Children #_____  ☐ Others #_____

   List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their **monthly** support (and **for minor children, use initials only**).

   Name:_____  Age:_____
   Name:_____  Age:_____
   Name:_____  Age:_____
   Name:_____  Age:_____

3. Are you presently employed?  ☒ Yes   ☐ No

   a. **If the answer is "Yes,"** provide the following information:

   Gross: $ _0-80_ Net: $ _50_ salary/wages per ☒ month ☐ week (chose one)

   Employer's name, address & telephone: _SELF - Commercial Fisherman (on call)_

   Nature of employment: _Commercial fishing - TROLLING_

   How long employed by present employer: _42 years_

   b. **If you are not presently employed,** provide the following information:

   Date of last employment: _5/15/05_ (month/day/year)

   Former employer's name, address & telephone: _George Ramos P.O. Box 128 Yakutat AK 99689_

   Gross: $ _240_ Net: $ _240_ salary/wages per ☐ month ☐ week (chose one)

   Nature of employment: _Sea Otter survey_

4. Is your spouse employed?  ☐ Yes   ☒ No

   **If the answer is "Yes,"** provide the following information:

   Gross: $ _____ Net: $ _____ salary/wages per ☐ month ☐ week (chose one)

   Employer's name, address & telephone: _____

   Nature of employment: _____

   How long employed by present employer: _____

5. Are you receiving public assistance or unemployment benefits?  ☒ Yes   ☐ No

   a. I have been on ☒ public assistance and/or have received ☐ unemployment benefits since: _Oct 17/03_ (month/day/year). /3)

   b. I am receiving $ _/_ ☒ monthly / ☐ weekly for myself and my household of _/_ (number).

6. In the past twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment — ☒ Yes  ☐ No
   b. Rent payments, interest or dividends (not PFD) — ☒ Yes  ☐ No  247 Sealaska
   c. Pensions, annuities or life insurance payments — ☐ Yes  ☒ No
   d. Disability or worker's compensation payments — ☐ Yes  ☒ No
   e. Gifts or inheritances — ☐ Yes  ☒ No
   f. Any other sources — ☐ Yes  ☐ No

   If the answer to any of the above is "Yes," describe each source and state the amount and when received, **and** what you expect you will continue to receive.  247.00 Dividend from SEALASKA - unknown future

7. List all members of your household, including yourself, who received the Alaska Permanent Fund Dividend within the last twelve months, and the amount(s):  SELF

8. Do you have **any** cash?   ☒ Yes   ☐ No
   State the total amount and location(s):  $280 approximately

9. Do you have any checking account(s)?   ☒ Yes   ☐ No
   a. Name(s) and address(es) of bank(s):  Wells Fargo - Checking - Upper 1 Savings
      SSS Wells Fargo 925 month - Upper 1 110 Saving from USArmy
      Anchorage                                  Anchorage
   b. Present balance(s) in account(s):  280.00

10. Do you have any savings/IRA/money market/CDs' separate from checking accounts?
    ☐ Yes   ☒ No
    a. Name(s) and address(es) of bank(s): ____
    b. Present balance(s) in account(s): ____

11. Do you own an automobile or other motor vehicle?  ☒ Yes   ☐ No
    a. Make: Ford    Year: 1986    Model: Pickup

b.  What is its current value? $ 0

c.  Is it financed?   ☐ Yes   ☒ No

d.  If so, what is the amount owed? $_____

12. Do you own any real estate, stocks, bonds, securities, other financial instruments or other valuable property?   ☒ Yes   ☐ No

If "Yes," describe the property and state its value: House  130,000
Tlingit and Haida Housing Authority owns/Has papers to

13. Do you have any other assets or personal property other than clothing?   ☒ Yes   ☐ No

If "Yes," list the asset(s) and state the value of each asset listed: Rifles - 1000 ⁰⁰
Boat - (7950 ⁰⁰)

14. Have you placed any property, assets or money in the name or custody of anyone else in the last two years?   ☐ Yes   ☒ No

If the answer is "Yes," give the date, describe the property, assets or money, give the name of the person given custody of the item, and the reason for the transfer: _____

### DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury under the laws of the United States of America that the above information is true and correct.

Executed on: June 9, 2006
DATE

_[signature]_
SIGNATURE OF APPLICANT