IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WALTER A. JOHNSON,<br><br>  Plaintiff,<br><br>vs.<br><br>GALE A. NORTON, SECRETARY,<br>DEPARTMENT OF THE INTERIOR,<br><br>  Defendant. | Case No. 3:06-cv-00147-RRB<br><br>ORDER DIRECTING<br><u>SERVICE AND RESPONSE</u> |

On June 14, 2006, Walter A. Johnson, representing himself, filed an employment discrimination complaint under Title VII of the Civil Rights Act and the Americans with Disabilities Act, attaching a notice of right to sue from the Equal Employment Opportunity Commission, dated March 15, 2006.[1] Mr. Johnson also filed an application to proceed without payment of fees under 28 U.S.C. § 1915, showing that he is currently unable to pay the $350.00 filing fee in this case.[2]

---

[1] *See* Docket No. 1.

[2] *See* Docket Nos. 1, 3, 4.

**IT IS HEREBY ORDERED:**

1. Mr. Johnson's application to waive the fee in this case, at docket number 3, is GRANTED.

2. Mr. Johnson shall proceed with the steps outlined in this Order to insure that service of process is completed within 120 days of the date he filed his complaint.[3] Thus, Mr. Johnson must complete initial service of the complaint and summons **no later than October 12, 2006**, and promptly file a return of service with the Court, showing proof of service. Otherwise, his complaint may be dismissed without further notice.

3. The Clerk of Court shall send Mr. Johnson 3 summons forms with this Order.[4] Mr. Johnson must complete the summons forms, and return the completed original forms, plus two copies of each, to the Court for signature and seal. If the summonses are in proper form, they will be issued for service.[5]

---

[3] *See* FED. R. CIV. P. 4(m).

[4] When the United States, its agencies, corporations or officers, are defendants, in addition to the defendant(s), the plaintiff must serve: United States Attorney for the District of Alaska, 222 West 7th Ave., Mail Box 9, Anchorage, Alaska 99513; and Attorney General of the United States, Main Justice Building, 10th & Constitution Ave. NW, Washington, D.C. 20530. The United States defendant then has 60 days in which to respond. *See* FED. R. CIV. P. 4(i).

[5] *See* FED. R. CIV. P. 4(b). Mr. Johnson must make sure he puts the correct caption on the summons forms, as demonstrated on the first page of this Order; that he puts the names and addresses of the defendant, Gale Norton, as well as the U.S. Attorney and the Attorney General, as directed in the footnote above, in the space provided on the summons form under "TO"; and that he puts his own name and address under the words, "you

4. Once receives the summonses **issued** by the Clerk of Court (not the blank forms, which plaintiff must complete and send back to the Court), he shall send, **for each defendant,** a fully completed Form 285, a copy of the complaint, an original and one copy of the summons, and a copy of this Order to:

> United States Marshal
> 222 West 7th Avenue, Box 28
> Anchorage, Alaska 99513

5. When the United States Marshal receives from Mr. Johnson an appropriately completed Form 285, a copy of the complaint, an original and one copy of the summons, and a copy of this Order **for each defendant**, the Marshal shall serve a copy of the complaint, summons and this Order upon the defendant(s). All costs of this service shall be paid in advance by the United States. **Mr. Johnson is responsible for paying the U.S. Marshal's fees and costs, however, and will be billed for these fees and costs after service of process is complete.**

6. Defendant shall have twenty (60) days after the date of service to file an answer or other responsive pleading.

7. Mr. Johnson shall serve a copy of all further pleadings or documents sent to the Court on the defendant, or, if an appearance has been entered by counsel

---

are hereby summoned and required to serve on plaintiff's attorney ..." In the space for the number of days to answer, write "60."

for defendant, upon defendant's attorney(s). Mr. Johnson shall include, with any original paper to be filed with the Clerk of Court, a certificate stating the date that an exact copy of the document was mailed to the defendant or her counsel. A certificate of service may be written in the following form at the end of Mr. Johnson's document:

> I hereby certify that a copy of the above  (name of document)  was served upon  (name of opposing party or counsel)  by  (mail/fax/hand-delivery)  at       (address)       on      (date)     .
>
> _____
> (Mr. Johnson's Signature)

Any paper received by a District Court Judge or Magistrate Judge which has not been filed with the Clerk of Court or which does not include a certificate of service will be disregarded by the Court.

8.   In addition, Mr. Johnson shall provide the Court with the original, plus one complete and legible copy, of every paper he submits for filing, as required by Local Rule 10.1(b).

9.   At all times, Mr. Johnson shall keep the Court informed of any change of address. Such notice shall be titled "NOTICE OF CHANGE OF ADDRESS." The notice shall contain **only** information about the change of address, and its effective date. The notice shall not include any requests for any other relief. Failure to file the notice may result in the dismissal of the action for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure.

10. No party shall have any *ex parte* communication (that is, communication without the presence and/or knowledge and consent of the other parties) with a District Court Judge or Magistrate Judge of this Court about the merits of this action.  Mr. Johnson should not write letters to the Court, but must file any requests for action by the Court during these proceedings in the form of a **motion**.

11. The Clerk of Court is directed to send a copy of the Court's motion form, PS12, to Mr. Johnson with this Order.

12. The Clerk of Court is directed to send a copy of our *pro se* handbook, "Representing Yourself in Alaska's Federal Court," to Mr. Johnson with this Order.

DATED this 8th day of July, 2006,  at Anchorage, Alaska.

/s/RALPH R. BEISTLINE  
United States District Judge