Walter A Johnson Jr.
Name
7640 Pleasure View Circle
Anchorage AK 99507
Address
907-227-9825/522-6883
Telephone Number

**RECEIVED**

OCT 04 2006

CLERK, U.S. DISTRICT COURT
FAIRBANKS, ALASKA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

Walter A Johnson                  ,

         **Plaintiff/Petitioner,**

CASE NO. 306-CV-00147 RRB

vs,

**MOTION FOR APPOINTMENT
OF COUNSEL**

US Department of the Interior       ,

         **Defendant/Respondent.**

Plaintiff/Petitioner moves this Court for appointment of counsel. Plaintiff/Petitioner makes this request for the reason that s/he is financially unable to retain an attorney and requires the assistance of counsel.

This motion is supported by the Financial Affidavit in Support of Request for Attorney attached hereto.

Dated: 7-28-06

                                                 _Walter Johnson Jr._
                                                 Plaintiff/Petitioner

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|
| IN THE CASE OF | Walter A Johnson Jr. v.s. Department of the Interior Gayle Norton-Secretary  FOR Discrimination 9 Time  AT Bureau of Indian Affairs - Agency Offices | |

| PERSON REPRESENTED (Show your full name) | 1 ☐ Defendant—Adult  2 ☐ Defendant - Juvenile  3 ☐ Appellant  4 ☐ Probation Violator  5 ☐ Parole Violator  6 ☐ Habeas Petitioner  7 ☐ 2255 Petitioner  8 ☐ Material Witness  9 ☐ Other | DOCKET NUMBERS  Magistrate  District Court  Court of Appeals |
|---|---|---|
| CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony ☐ Misdemeanor | | |

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
- Are you now employed? ☐ Yes  ☐ No  ☒ Am Self-Employed
- Name and address of employer: _____
- IF YES, how much do you earn per month? $ ___
- IF NO, give month and year of last employment. How much did you earn per month? $ ___
- If married is your Spouse employed? ☐ Yes  ☒ No
- IF YES, how much does your Spouse earn per month? $ ___
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**ASSETS**

**OTHER INCOME** — Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes  ☐ No
- RECEIVED: $15,250 approx
- SOURCES: SSS, State of Alaska, SEAL Survey, Veterans

**CASH** — Have you any cash on hand or money in savings or checking accounts? ☒ Yes  ☐ No   IF YES, state total amount $ 250.00

**PROPERTY** — Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes  ☐ No
- VALUE: House & Land  130,000
- DESCRIPTION: Yakutat - owed $65,000

**DEPENDENTS**
- MARITAL STATUS: ☒ SEPARATED OR DIVORCED (SINGLE / MARRIED / WIDOWED)
- Total No. of Dependents: 1
- List persons you actually support and your relationship to them: Self

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| Home | T&HRHA - Juneau | $65,000 | $110 - |
| Yakutat Power | City of Yakutat | $2600 | $400 - |
| Credit Card | Alaska Airlines | $1800 | $269 - |
| Credit Card | Capital One | $900 - | $100 - |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ *Walter A Johnson Jr* (signature)