# U.S. Department of Justice
# United States Marshals Service

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

**RECEIVED OCT 1 3 2006 CLERK, U.S. DISTRICT COURT ANCHORAGE, ALASKA**

| | |
|---|---|
| PLAINTIFF: WALTER A. JOHNSON | COURT CASE NUMBER: 3:06-CV-00147-RRB |
| DEFENDANT: GALE A. NORTON, SECRETARY DEPARTMENT OF THE INTERIOR | TYPE OF PROCESS: Summons |

**SERVE**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
GALE A. NORTON, SECRETARY DEPARTMENT OF THE INTERIOR

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** 1689 C Street Anchorage, Alaska 99501

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
WALTER A. JOHNSON

Number of process to be served with this Form - 285: **2**
Number of parties to be served in this case: **1**
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Deliver Monday - Friday 9:00-11:00am 2:00-4:00pm
Expedite, Service no later than/by October 13 2006.

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 522-6083
DATE: 10-06-06

---

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

Total Process: 1
District of Origin No.: 6
District to Serve No.: 6
Signature of Authorized USMS Deputy or Clerk
Date: 10/11/06

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Ronald B. McCoy
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 10/11/06
Time: 1530 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $45- | | | 45 | | $45 |

**REMARKS:** 1 DUSM @ 45 Served 10/11/06 AT 1530

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |

# UNITED STATES DISTRICT COURT

_____ District of _____

WALTER A. JOHNSON

V.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:06 cv 00147 RRB

GALE A. NORTON,
SECRETARY, DEPARTMENT OF INTERIOR

TO: (Name and address of Defendant)

U.S. Department of Interior
Gagle A. Norton, Secretary

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Walter A. Johnson
7640 Pleasure View Circle
Anchorage, Alaska 99507

an answer to the complaint which is served on you with this summons, within **sixty (60)** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

IDA ROMACK, CLERK OF COURT     October 6, 2006

CLERK     DATE

(By) DEPUTY CLERK