**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

  WALTER JOHNSON   v.   GALE NORTON  

THE HONORABLE RALPH R. BEISTLINE

DEPUTY CLERK                                   CASE NO.   3:06-cv-00147-RRB  

 CAROLYN BOLLMAN 

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**     DATE: January 15, 2007

       Pursuant to D.Ak.LR 41.1, the above-referenced case is hereby DISMISSED for want of prosecution.

[ ]{IF3.WPD*Rev 12/96}