Your Honorable Ralph R Beistline
United States District Court judge
United States District Court
101 12th Avenue Room 332
Fairbanks,  AK 99701

January 10, 2008

Re: Case Number 306-CV-00147   RRB

Your Honorable Judge Ralph R Beistline;

On October 12, 2006, I had a deadline to present documents through the United States Marshall Anchorage   to the Department of the Interior/ Bureau of Indian Affairs.  I submitted the documents to the U. S. Marshall prior to the deadline and that is the last I have heard about my Discrimination case   I have against the Department of the Interior and the Bureau of Indian Affairs.

With all the regulations and deadlines that are involved with a Federal Case such as this, I am requesting instructions on how to proceed from this moment on and into the future. I have not corresponded with the United States District Court for I have been expecting to hear any day about how to proceed.

I have not heard anything about my request for a court appointed attorney as of this date that I submitted on July 28, 2006.

Thank you for advising me as to proceed and I would like to "Thank You" in advance for the information about my formal request for a court Appointed attorney.

Respectfully submitted;

Walter A Johnson
P. O. Box 145
Yakutat, AK 99689

(907) 784-3605

RECEIVED
JAN 14 2008
CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK